IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY TERRELL SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>F. JACQUEZ, et al.,,<br><br>    Defendants.<br>_____ | No. C 11-3904 JSW (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME** |

Good cause appearing, an extension of time for Plaintiff to complete and file his in forma pauperis ("IFP") application is GRANTED to and including **October 19, 2011**. Failure to either pay the filing fee or to file a completed IFP application, including the required prisoner trust account statement and certificate of funds form, before the deadline expires will result in the dismissal of this action.

IT IS SO ORDERED.

DATED: September 26, 2011

_____
JEFFREY S. WHITE
United States District Judge

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | UNITED STATES DISTRICT COURT |
| 4 | FOR THE |
| 5 | NORTHERN DISTRICT OF CALIFORNIA |

TOY TERRELL SMITH,

        Plaintiff,

  v.

F JACQUEZ et al,

        Defendant.

Case Number: CV11-03904 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 26, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Toy Terrell Smith D-92679
CSP-Sacramento
P.O. Box 290066
Represa, CA 95671

Dated: September 26, 2011

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk