IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOY TERRELL SMITH,

       Plaintiff,

  vs.

F. JACQUEZ, et al.,

       Defendants.

No. C 11-03904 YGR (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR SECOND EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

    Plaintiff has filed a request for a second extension of time in which to file his opposition to Defendants' Motion for Summary Judgment. Having read and considered Plaintiff's request, and good cause appearing,

    IT IS HEREBY ORDERED that Plaintiff's request for a second extension of time is GRANTED. The time in which Plaintiff may file his opposition to Defendants' Motion for Summary Judgment will be extended up to and including **March 15, 2013.**

    Defendants shall file a reply brief no later than **March 29, 2013.**

    This Order terminates Docket no. 45.

    IT IS SO ORDERED.

DATED:  January 30, 2013

                                                 **YVONNE GONZALEZ ROGERS**
                                                 **UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\CR.11\Smith3904.grant2ndEOT-oppn.frm